IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40136
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                    Plaintiff-Appellee,

versus

RANDY EARNEST TODD,

                                    Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. G-97-CR-1
- - - - - - - - - -
December 9, 1998

Before DAVIS, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

     Randy Earnest Todd appeals from his conviction and resultant

sentence for being a felon in possession of a firearm.  He argues

that the district court failed to comply with the dictates of

Fed. R. Crim. P. 11, that his guilty plea was not knowingly and

voluntarily entered, and that the district court clearly erred by

determining that one of the firearms he possessed was stolen.  We

have reviewed the record and find no reversible error.

Accordingly, the judgment of the district court is AFFIRMED.

_____

     [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.